| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION **MAGISTRATE JUDGE VALDEZ** **JUDGE NORGLE** | DOCKET NUMBER *(Tran. Court)* 3:97CR46-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Erick C. Clay | NORTHERN DISTRICT OF INDIANA | SOUTH BEND |

**07CR 703**
**RECEIVED**
**OCT 1 8 2007**
**U.S. PROBATION OFFICE**
**CHICAGO, ILLINOIS**

| | NAME OF SENTENCING JUDGE | |
|---|---|---|
| | HONORABLE CHIEF JUDGE ROBERT L. MILLER, Jr | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/06/2007 | TO 09/05/2010 |

OFFENSE

Arson 18:844(j)   Distribution of Crack Cocaine, Aiding & Abetting 21:841(a)(1) & 18:2 .N

**FILED**
**10-23-07**
**OCT 2 3 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF INDIANA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS [Chicago] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*October 10, 2007*
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS [Chicago]

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**OCT 2 3 2007**
Effective Date

*[signature]*
United States District Judge