PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)*<br>3:97CR46-001 |
|---|---|
| **TRANSFER OF JURISDICTION**<br>**MAGISTRATE JUDGE VALDEZ**     **JUDGE NORGLE** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Erick C. Clay    **07CR    703** | NORTHERN DISTRICT OF INDIANA | SOUTH BEND |
| **RECEIVED** | NAME OF SENTENCING JUDGE | |
| OCT 1 8 2007 | HONORABLE CHIEF JUDGE ROBERT L. MILLER, Jr | |
| U.S. PROBATION OFFICE<br>CHICAGO, ILLINOIS | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>09/06/2007 | TO<br>09/05/2010 |

**FILED**
**NOV 13 2007**
11-13-2007

Arson 18:844(j)  Distribution of Crack Cocaine, Aiding & Abetting 21:841(a)(1) & 18:2 ...

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**           MICHAEL W. DOBBINS
                                                        CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF INDIANA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS [Chicago] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

**FILED**
NOV 13 2007
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| *October 10, 2007* | | *[signature]* |
|---|---|---|
| Date | | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS [Chicago]

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| OCT 2 3 2007 | | *James F. Holderman* |
|---|---|---|
| *Effective Date* | | *United States District Judge* |

A TRUE COPY ATTEST

BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE:   OCT 3 1 2007

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**                                              **www.innd.uscourts.gov**

November 8, 2007`

Clerk, U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re: Erick Clay

Dear Clerk:

The Transfer of Jurisdiction PROB 22 has been signed and jurisdiction has been accepted by
your court.

Enclosed are certified copies of the indictment, judgment and commitment and docket sheet from
our case number 3:97-cr-46 Erick Clay.  We are also sending a current copy of the ledger.

Sincerely,

STEPHEN R. LUDWIG, CLERK

By: _____
      Shirley Paulson
      Case Administrator
      547-246-8000

cc: USPO Nikki Vogelsburg

Reply to South Bend Office

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                           312-435-5698

**October 31, 2007**

Mr. Stephen R. Ludwig, Clerk
United States District Court
102 Robert A. Grant Federal Building
and United States Courthouse
204 South Main Street
South Bend, IN 46601

Dear Clerk:

**Re: 3:97CR46-001 - USA v. Erick C. Clay - Judge Robert L. Miller, Jr.**

Our Case Number:   07 CR 703 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:     Marsha E. Glenn
Deputy Clerk

Enclosure

91

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CRIMINAL DOCKET FOR CASE #: 3:97-cr-00046-RLM All Defendants

Case title: USA v. Clay
Other court case numbers: :00- -03671 USCA
:98- -01783 □□`6
USCA

Date Filed: 10/03/1997
Date Terminated: 03/18/1998

---

Assigned to: Judge Robert L Miller Jr

Appeals court case numbers: '04-2181' '7th Circuit Court of Appeals', 00-3671, 98-1783

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA**
I Certify that the foregoing is a true copy of the original on file in this court and cause.
**STEPHEN R. LUDWIG, CLERK**
By _____
DEPUTY CLERK
Date_____ 11-7-07

### Defendant

**Erick Cornell Clay (1)**
*TERMINATED: 03/18/1998*
*also known as*
Sly

represented by **Brian J May**
212 S Taylor St
South Bend, IN 46601
574-968-0049
Fax: 574-234-8411
Email: nucpromay@aol.com
*TERMINATED: 03/18/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

18:844(i) ARSON
(1)

### Disposition

Defendant sentence to a term of imprisonment of 137 months on each of counts 1 and 2, with the sentences to run concurrently to each other, followed by a 3yr supervised term on each of counts 1 and 2 to run concurrently to each other with conditions;

21:841(a)(1) SCHEDULE II
CONTROLLED SUBSTANCE -
SELL, DISTRIBUTE, OR
DISPENSE COCAINE BASE
(CRACK COCAINE); 18:2
AIDING AND ABETTING
(2)

Defendant to pay a $200 special
assessment due immediately; deft
to pay restitution in the total sum
of $23,970.00 due immediately

Defendant sentence to a term of
imprisonment of 137 months on
each of counts 1 and 2, with the
sentences to run concurrently to
each other, followed by a 3yr
supervised term on each of counts
1 and 2 to run concurrently to
each other with conditions;
Defendant to pay a $200 special
assessment due immediately; deft
to pay restitution in the total sum
of $23,970.00 due immediately

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**                     **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                           **Disposition**

None

---

**Miscellaneous Party**

**Erick Cornell Clay**          represented by **Erick Cornell Clay**
                                             FCI Manchester
                                             PO Box 3000
                                             Fox Hollow Rd
                                             Manchester, KY 40962
                                             574-245-6518

PRO SE

**Plaintiff**

**United States of America**         represented by  **Kenneth M Hays - AUSA**
US Attorney's Office - SB/IN
M01 Federal Building
204 S Main Street
South Bend, IN 46601-2191
574-236-8287
Fax: 574-236-8155
Email: kenneth.hays@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/1997 | 1 | INDICTMENT by USA. Counts filed against Erick Cornell Clay (1) count(s) 1, 2 (Court Employee) (Entered: 10/03/1997) |
| 10/03/1997 | 2 | PRAECIPE FOR WARRANT: by plaintiff USA (Court Employee) (Entered: 10/03/1997) |
| 10/03/1997 |  | ARREST Warrant issued for Erick Cornell Clay by Mag Judge Robin D. Pierce (Court Employee) (Entered: 10/03/1997) |
| 10/08/1997 |  | ARREST of defendant Erick Cornell Clay on 10/7/97 (lpw) (Entered: 10/08/1997) |
| 10/08/1997 | 3 | MINUTES: before Mag Judge Robin D. Pierce initial appearance of Erick Cornell Clay without counsel; deft. advised of his constit rights and possible penalties of 5-40 yrs imprisonment, $1,250,00 fine or both, 3yrs supervised release, $200.00 special assessment; deft request court appointed counsel - granted; govt moves for pretrial detention; Detention hearing set for 3:00PM on 10/10/07 for Erick Cornell Clay; PTS report reviewed; deft remanded to USM (lpw) (Entered: 10/08/1997) |
| 10/08/1997 | 4 | CJA Form 23 (Financial Affidavit) as to Erick Cornell Clay (lpw) (Entered: 10/08/1997) |
| 10/08/1997 | 5 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Brian J May for defendant Erick Cornell Clay (lpw) (Entered: 10/08/1997) |

| | | |
|---|---|---|
| 10/08/1997 | 6 | ORDER OF TEMPORARY DETENTION PENDING HEARING by Mag Judge Robin D. Pierce; detention hearing set for 3:00PM on 10/10/97 (cc: all counsel, USM, USPO) (lpw) (Entered: 10/08/1997) |
| 10/10/1997 | 7 | MINUTES: before Mag Judge Robin D. Pierce ; arraignment/ detention hearing held on 10/10/97; deft. sworn and advised of his constit. rights; deft. enters a plea of not guilty to all counts; pretrial motions due on 10/29/97 for Erick Cornell Clay ;jury trial set for 9:30AM on 12/22/97 for Erick Cornell Clay before Judge Robert L. Miller Jr.; parties presents evidence and rest; court hearing closing statements; court grants govt's motions and to issue written order of detention; deft. remanded to USM (lpw) (Entered: 10/10/1997) |
| 10/14/1997 | 8 | ORDER ON DISCOVERY by Judge Robert L. Miller Jr.; parties afforded to and including 10/30/97 to seek additional discovery or seek relief from any provision of ths order (cc: all counsel) (blh) (Entered: 10/14/1997) |
| 10/14/1997 | 9 | ARREST Warrant returned executed as to Erick Cornell Clay on 10/8/97 (blh) (Entered: 10/14/1997) |
| 10/20/1997 | 10 | ORDER of Detention by Mag Judge Robin D. Pierce as to Erick Cornell Clay (cc: all counsel,USPO,USM) (lpw) (Entered: 10/21/1997) |
| 12/02/1997 | 11 | NOTICE: before Judge Robert L. Miller Jr. ; status hearing set for 2:30 12/11/97 for Erick Cornell Clay (cc: all counsel) (blh) (Entered: 12/03/1997) |
| 12/03/1997 | 12 | COURT'S PROPOSED FINAL JURY INSTRUCTIONS (blh) (Entered: 12/03/1997) |
| 12/11/1997 | 13 | STATUS CONFERENCE before Judge Robert L. Miller Jr.: status conference held on 12/11/97; Parties present; By agreement of the parties on December 22, 1997 at 9:30 a.m. the court will only be selecing the jury panel and opening statements and evidence will begin on 12/29/97 at 9:30am. Low, crt rptr. (cc: AUSA, USM, USPO, May, Clay and chambers) (arl) (Entered: 12/12/1997) |
| 12/15/1997 | 14 | MOTION to amend indictment by USA as to Erick Cornell Clay (Court Employee) (Entered: 12/16/1997) |
| 12/15/1997 | 15 | MEMORANDUM by USA in support of motion to amend indictment [14-1] (Court Employee) Modified on 12/22/1997 |

| | | (Entered: 12/16/1997) |
|---|---|---|
| 12/19/1997 | 16 | NOTICE by plaintiff USA of intent to use evidence of other misconduct per F.R.E. 404(B) (blh) (Entered: 12/19/1997) |
| 12/19/1997 | 17 | MEMORANDUM by plaintiff USA in support of notice of intent to use evidence of other misconduct [16-1] (blh) (Entered: 12/19/1997) |
| 12/19/1997 | 18 | WITNESS list by plaintiff USA (blh) (Entered: 12/19/1997) |
| 12/22/1997 | 19 | ORDER by Judge Robert L. Miller Jr. granting motion to amend indictment [14-1]; the year of the offense charged in Count 2 is amended to "1996" in place of "1997" (cc: all counsel) (blh) (Entered: 12/22/1997) |
| 12/22/1997 | 20 | NOTICE by defendant Erick Cornell Clay of termination of counsel for ineffective assistance (blh) (Entered: 12/22/1997) |
| 12/22/1997 | 21 | COURT'S PROPOSED Voir Dire (arl) (Entered: 12/23/1997) |
| 12/22/1997 | 22 | Court's Preliminary Instructions (arl) (Entered: 12/23/1997) |
| 12/22/1997 | 23 | JURY TRIAL 1st day before Judge Robert L. Miller Jr.: jury trial held on 12/22/97; Partie present; Government motion to amend indictment GRANTED; Arguments heard on defendant oral motion to withdraw as his counsel Brian May; The defendant now withdraw that oral motion; Prospective jurors in attendance and sworn on voir dire; Jury panel selected and sworn to try cause; Trial continued to 12/29/97 at 9:30 am. Low, crt rptr. (arl) (Entered: 12/23/1997) |
| 12/24/1997 | 24 | TRIAL EXHIBITS list by plaintiff USA (slm) (Entered: 12/24/1997) |
| 12/24/1997 | 25 | JURY Instructions/List by plaintiff USA (slm) (Entered: 12/24/1997) |
| 12/29/1997 | 26 | JURY TRIAL 2nd day held 12/19/97 before Judge Robert L. Miller Jr.: Parties present; Government moves for arrest warrant as to witnesses Leonard Talton and Nikki Douglas for failure to appear for trial testimony - GRANTED; Defendant moves for separation of witnesses-GRANTED; Jury panel present; Opening statements heard; Government presents evidence; David Smith, Michal Pollack, Tammy Herring, Dwain Hallman, Joshua Fulkerson, David Dosman, Jeffry Holloway, Hiteshumar Patel, Gary Fulkerson and David Albritten - witnesses; Government rest; Defendant rest; |

| | | |
|---|---|---|
| | | Government moves to withdarw it's motion for issuance of arrest warrants as to witnesses Leonard Talton and Nikki Douglas - GRANTED; Arguments heard on the court's proposed final jury instructions; Trial continued to 12/30/97 at 9:00 am. Low, crt rptr. (arl) (Entered: 12/30/1997) |
| 12/29/1997 | 27 | PROPOSED Final JURY Instructions submitted by the court (arl) (Entered: 12/30/1997) |
| 12/30/1997 | 28 | JURY trial 3rd day held 12/30/97 before Judge Robert L. Miller Jr.: Parties and jury panel present; Final arguments heard; Final jury instructions read in open court; Jury panel excused from open court and directed to start with deliberations; Jury final informs the court that it has reached a verdict; Parties and jury panel present; Verdict read in open court; Jury panel polled in discharged; sentencing hearingset for 9:00 3/18/98 for Erick Cornell Clay before Judge L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, May, Clay and chambers) (arl) (Entered: 12/31/1997) |
| 12/30/1997 | 29 | VERDICT of guilty as to Erick Cornell Clay on counts 1 and 2 (arl) (Entered: 12/31/1997) |
| 12/30/1997 | 30 | FINAL Instructions submitted by the court (arl) (Entered: 12/31/1997) |
| 12/30/1997 | | EXHIBIT list by USA (exhibits located in exhibit vault) (arl) (Entered: 12/31/1997) |
| 12/31/1997 | | MAIL Returned [13-2] addressed to defendant Erick Cornell Clay; resent to MCC (blh) Modified on 01/06/1998 (Entered: 01/02/1998) |
| 12/31/1997 | | MAIL Returned [19-1] addressed to defendant Erick Cornell Clay; resent to MCC (blh) Modified on 01/06/1998 (Entered: 01/02/1998) |
| 03/18/1998 | 31 | SENTENCING hearing before Judge Robert L. Miller Jr.: sentencing hearing held on 3/18/98; Parties present; No objections to presentence report; Government presents evidence; Michael Critchlow - witness; Government rest; The court hears from all parties prior to sentence; No objection to proposed sentence; Defendant advised of appeal rights; Defendant informs the court he will appeal; The court continues the cja appointment of attorney Brian May for representation on appeal. Low, crt rptr. (arl) (Entered: |

| | | 03/18/1998) |
|---|---|---|
| 03/18/1998 | 32 | SENTENCING memorandum entered by Judge Robert L. Miller Jr. as to Erick Cornell Clay (cc: AUSA, USM, USPO, May, Clay and order book) (arl) (Entered: 03/18/1998) |
| 03/18/1998 | 33 | JUDGMENT and Commitment issued as to Erick Cornell Clay: sentencing Erick Cornell Clay (1) count(s) 1 and 2; Defendant sentence to a term of imprisonment of 137 months on each of counts 1 and 2, with the sentences to run concurrently to each other, followed by a 3yr supervised term on each of counts 1 and 2 to run concurrently to each other with conditions; Defendant to pay a $200 special assessment due immediately and made payable to Clerk, U.S. District Court; deft to pay restitution in the total sum of $23,970.00 due immediately, made payable to Clerk, U.S. District Court for dissemination as follows - to John Fulkerson in the sum of $2,135.00, to Joshua Fulkerson in the sum of $1,835.00 this part of the restitution shall be completed in full before further payments are forwared to the other party entitled to restitution, the remaining balance of restitution which is $20,000 shall be to Allstate Insurance Company and restitution payments shall be due immediately; Any portion of the restitution that is not paid in full at the time of the deft's release from imprisonment shall become a condition of supervision. (SE)Judge Robert L. Miller Jr. (cc: AUSA, USM, USPO, May, Clay and order book) (arl) (Entered: 03/18/1998) |
| 03/18/1998 | | PRESENTENCE Report and Addendum and Sent Rec on Erick Cornell Clay (original sealed). (arl) (Entered: 03/18/1998) |
| 03/26/1998 | 34 | NOTICE of Appeal by defendant Erick Cornell Clay from Dist. Court regarding [33-4] (cc: all counsel) (blh) (Entered: 03/27/1998) |
| 03/26/1998 | 35 | Docketing Statement by defendant Erick Cornell Clay (blh) (Entered: 03/27/1998) |
| 03/27/1998 | 36 | Short record sent to USCA (blh) (Entered: 03/27/1998) |
| 03/27/1998 | 37 | MAIL Returned [32], [33] addressed to defendant Erick Cornell Clay marked Return to Sender; resent to St. Joseph County Jail (blh) (Entered: 03/27/1998) |
| 04/06/1998 | 38 | NOTIFICATION by Circuit Court of Appellate Docket |

| | | Number 98-1783 (Court Employee) (Entered: 04/07/1998) |
|---|---|---|
| 04/06/1998 | 39 | APPEAL Transcript Designation and Order form for the dates of 12/29, 12/30, 3/18 regarding [34-1] (blh) (Entered: 04/08/1998) |
| 04/20/1998 | | TRANSCRIPT of proceedings for the following date(s): 12/29-30/97 2 (Re: [34-1] ) court reporter Laura A Low (Court Employee) (Entered: 04/20/1998) |
| 05/19/1998 | | REQUEST from USCA for transmittal of record (mjk) (Entered: 05/21/1998) |
| 05/21/1998 | 40 | APPEAL record sent to Circuit Court consisting of 1 volume pleadings, 2 volumes transcripts, 2 envelopes in camera materials and 1 envelope exhibits (mjk) (Entered: 05/21/1998) |
| 06/11/1998 | 41 | JUDGMENT and Commitment returned executed on 5/15/98 as to Erick Cornell Clay (1) count(s) 2, 1; Name of Institution: FCI Manchester, Manchester, KY (Court Employee) (Entered: 06/12/1998) |
| 12/16/1998 | 42 | APPEAL Mandate from Circuit Court of Appeals affirming the decision of the District Court [34-1] regarding Erick Cornell Clay Record returned consisting of 1 vol pleadings; 2 transcripts, 2 sealed materials (cc: all counsel) (smp) Modified on 12/17/1998 (Entered: 12/17/1998) |
| 05/11/1999 | | RECEIPT for permanent release of exhibits (smp) (Entered: 05/13/1999) |
| 01/27/2000 | 43 | ORDER by Judge Robert L. Miller Jr. unsealing PSI reports and returning same to USPO (lpw) (Entered: 02/01/2000) |
| 02/22/2000 | 44 | PETITION Pursuant to 28:2255 by Erick Cornell Clay filed as Civil Case # 3:00cv117RM (cc: USA) (smp) (Entered: 02/23/2000) |
| 02/23/2000 | 45 | ORDER by Judge Robert L. Miller Jr. regarding [44-1] US Attorney to file written response to petitioner's motion within 30 days of this order (cc: all counsel) (smp) (Entered: 02/24/2000) |
| 03/07/2000 | 46 | MAIL Returned [45-1] addressed to defendant Erick Cornell Clay (re-sent to FCI-Manchester, KY) (smp) (Entered: 03/07/2000) |
| 03/20/2000 | 47 | MOTION to extend time for 30 days to respond to petitioner's |

| | | |
|---|---|---|
| | | 2255 motion by USA as to Erick Cornell Clay (smp) (Entered: 03/21/2000) |
| 03/21/2000 | 48 | ORDER by Judge Robert L. Miller Jr. granting motion to extend time an additional 30 days to respond to petitioner's 2255 motion [47-1] Number of pages: 1 (cc: all counsel) (smp) (Entered: 03/22/2000) |
| 04/24/2000 | 49 | RESPONSE by plaintiff USA to 2255 motion [44-1] (smp) (Entered: 04/25/2000) |
| 05/15/2000 | 50 | MOTION to amend 2255 petition by Erick Cornell Clay with received-marked amended motion to vacate judgment or sentence (smp) Modified on 05/16/2000 (Entered: 05/16/2000) |
| 06/21/2000 | 51 | MEMORANDUM and Order: by Judge Robert L. Miller Jr regarding 2255 petition [44-1] ; order to show cause set for 7/11/00 why petitioner Clay's petition should not be dismissed as untimely (cc: all counsel) (smp) Modified on 07/07/2000 (Entered: 06/22/2000) |
| 07/06/2000 | 52 | RESPONSE by plaintiff USA regarding Memorandum and Order of 6/21/00 [51-1], [51-2] (smp) (Entered: 07/07/2000) |
| 07/10/2000 | 53 | RESPONSE by defendant Erick Cornell Clay to Scheduling order ; order to show cause set for 7/11/00 why petitioner Clay's petition should not be dismissed as untimely [51-1], to order [51-2] (smp) (Entered: 07/11/2000) |
| 08/02/2000 | 54 | MEMORANDUM and Order: by Judge Robert L. Miller Jr denying motion to amend 2255 petition [50-1], denying 2255 motion [44-1] (cc: all counsel) (smp) (Entered: 08/03/2000) |
| 09/07/2000 | 55 | NOTICE of Appeal by defendant Erick Cornell Clay from Dist. Court regarding denial of motion to vacate judgment [54-1] fees due (cc: all counsel) (smp) (Entered: 09/11/2000) |
| 09/11/2000 | 56 | Short record sent to USCA: copy of notice of appeal, order & judgment from 3:99cv117; 7th Circuit Appeal Information Sheet, docket sheets from 3:97cr46 and 3:00cv117 (smp) (Entered: 09/11/2000) |
| 09/13/2000 | 57 | ORDER by Judge Robert L. Miller Jr granting petitioner Clay a certificate of appealability regarding [55-1] Number of pages: 2 (cc: all counsel) (smp) (Entered: 09/15/2000) |
| 10/20/2000 | | NOTIFICATION by Circuit Court of Appellate Docket Number regarding [55-1] ( 00-3671) (filed in 3:00cv117, EOD |

| | | |
|---|---|---|
| | | 10/23/00) (mjk) (Entered: 02/06/2001) |
| 11/06/2000 | 58 | MOTION to appeal in forma pauperis by Erick Cornell Clay (smp) (Entered: 11/07/2000) |
| 11/07/2000 | 59 | ORDER by Judge Robert L. Miller Jr granting motion to appeal in forma pauperis [58-1] Number of pages: 2 (cc: all counsel) (smp) (Entered: 11/08/2000) |
| 12/01/2000 | | REQUEST from USCA for transmittal of record (mjk) (Entered: 12/05/2000) |
| 12/05/2000 | 60 | APPEAL record sent to Circuit Court via UPS, consisting of 1 volume in this case and 1 volume in 3:00cv117RM (mjk) (Entered: 12/05/2000) |
| 12/11/2000 | | RECEIPT by USCA for appeal record in this case & 3:00cv117 on 12/6/00 (00-3671) (mjk) (Entered: 12/13/2000) |
| 07/09/2001 | 61 | MOTION to have Federal Court records and Bureau of Prison records reflect petitioner's name change of Yerodin Lumumba Yero by Erick Cornell Clay (mjk) (Entered: 07/10/2001) |
| 07/11/2001 | 62 | ORDER by Judge Robert L. Miller Jr denying motion to have Federal Court records and Bureau of Prison records reflect petitioner's name change of Yerodin Lumumba Yero [61-1]; court unaware of any authority that would allow it to enter such an order Number of pages: 1 (cc: all counsel) (smp) Modified on 08/01/2001 (Entered: 07/12/2001) |
| 07/30/2001 | 63 | RESPONSE by defendant Erick Cornell Clay to order re motion for recognition of name change by BOP [62-1] (smp) (Entered: 07/31/2001) |
| 07/31/2001 | 64 | MEMORANDUM and Order: by Judge Robert L. Miller Jr denying motion to reconsider [63-1] (cc: all counsel) (smp) (Entered: 08/01/2001) |
| 03/20/2002 | 65 | APPEAL Mandate from Circuit Court of Appeals affirming the decision of the District Court [55-1] regarding Erick Cornell Clay Record returned consisting of 2 vols (cc: chambers) (smp) (Entered: 03/22/2002) |
| 12/11/2002 | 66 | LETTER from USCA requesting USDC to transmit the record to Supreme court (smp) (Entered: 12/13/2002) |
| 12/17/2002 | 67 | APPEAL record sent to US Supreme Court (1 vol in 3:00cv117 and 1 vol in 3:97cr46) (smp) (Entered: 12/17/2002) |

| | | |
|---|---|---|
| 01/09/2003 | 68 | RECEIPT of record by US Supreme court on 12/23/02 (smp) (Entered: 01/09/2003) |
| 04/15/2003 | | APPEAL Record returned by US Supreme Court as to defendant Erick Cornell Clay (1 volume in 3:97cr46 and 1 vol in 3:00cv117) (smp) (Entered: 04/16/2003) |
| 05/08/2003 | 69 | LETTER of transmittal from USCA requesting record on appeal. (rmn) (Entered: 05/08/2003) |
| 05/08/2003 | 70 | CLERK'S record on appeal transmitted to Circuit Shipping: via UPS Volumes: 1 (rmn) Modified on 05/08/2003 (Entered: 05/08/2003) |
| 05/15/2003 | 71 | RECEIPT of record by USCA on 5/9/03 (smp) (Entered: 05/19/2003) |
| 11/14/2003 | 72 | MEMORANDUM AND ORDER as to Erick Cornell Clay re [50] Motion to Amend 2255 petition filed by Erick Cornell Clay; Court considers the amended motion filed; the government has to/including 12/14/03 to respond to amended motion. . Signed by Judge Robert L Miller Jr on 11/14/03. (smp, ) Additional attachment(s) added on 11/19/2003 (smp, ). (Entered: 11/18/2003) |
| 11/14/2003 | | Set Response Deadlines as to Erick Cornell Clay : Government Response Brief due by 12/14/2003. (smp, ) (Entered: 11/18/2003) |
| 11/19/2003 | 73 | Mail Returned as Undeliverable (returned for better address). Mail sent to Erick Cornell Clay. Resent 11/21/03 (smp, ) (Entered: 11/21/2003) |
| 12/10/2003 | 74 | RESPONSE to Motion by United States of America as to Erick Cornell Clay re [50] Motion to Amend/Correct *to Vacate Judgment or Sentence filed* (Hays, Kenneth) (Entered: 12/10/2003) |
| 01/08/2004 | 75 | MOTION for Extension of Time to 4/2/04 to File reply brief by Erick Cornell Clay. (smp) (Entered: 01/14/2004) |
| 01/22/2004 | 76 | ORDER granting in part and denying in part 75 Motion for Extension of Time to File as to Erick Cornell Clay (1); extending time to reply only up to/including 3/1/04. Signed by Judge Robert L Miller Jr on 1/22/04. (smp) (Entered: 01/24/2004) |
| 01/29/2004 | 77 | REPLY TO RESPONSE to Motion by Erick Cornell Clay re |

| | | [50] Motion to Amend/Correct 2255 petition (smp) (Entered: 01/30/2004) |
|---|---|---|
| 03/10/2004 | ●78 | MEMORANDUM AND ORDER denying Mr Clay's 2255 petition and motion for evidentiary hearing [50] and 72 as to Erick Cornell Clay . Signed by Judge Robert L Miller Jr on 3/10/04. (smp) (Entered: 03/11/2004) |
| 03/24/2004 | ●79 | NOTICE OF APPEAL by Erick Cornell Clay re 78 Memorandum Opinion denying 2255 petition (smp) (Entered: 03/25/2004) |
| 03/25/2004 | ●80 | Short Record Sent to US Court of Appeals as to Erick Cornell Clay re 79 Notice of Appeal consisting of copy of order dated 3/10/04, clerk's entry of judgment from 3:00cv117, 7th Circuit Appeal Information Sheet, docket sheets from 3:97cr46 and 3:00cv117 (smp) . (Entered: 03/25/2004) |
| 04/21/2004 | ●81 | MEMORANDUM AND ORDER denying certificate of appealability re notice of appeal 79 as to Erick Cornell Clay . Signed by Judge Robert L Miller Jr on 4/21/04. (smp) (Entered: 04/22/2004) |
| 04/22/2004 | ●82 | Certified and Transmitted Record on Appeal as to Erick Cornell Clay to US Court of Appeals re 79 Notice of Appeal - Final Judgment (smp) (Entered: 04/22/2004) |
| 05/10/2004 | ●83 | USCA Case Number as to Erick Cornell Clay 04-2181 for 79 Notice of Appeal filed by Erick Cornell Clay. (smp) (Entered: 05/12/2004) |
| 05/27/2004 | ●84 | NOTICE of Docketing Record on Appeal on 5/24/04 from USCA as to Erick Cornell Clay re 79 Notice of Appeal - Final Judgment filed by Erick Cornell Clay. USCA Case Number 04-2181 (smp) (Entered: 05/28/2004) |
| 07/01/2004 | ●85 | Appeal Record Returned as to Erick Cornell Clay : 79 Notice of Appeal - Final Judgment ( 2 vols 3:97cr46 and 1 vol 3:00cv117) (smp) (Entered: 07/01/2004) |
| 10/10/2007 | ●86 | ORDER TRANSFERRING JURISDICTION as to Erick Cornell Clay to the Northern District of Illinois (Chicago) upon that Court's acceptance of jurisdiction.. Signed by Judge Robert L Miller Jr on 10/10/07. (smp) Additional attachment (s) added on 10/15/2007 (Paulson, Shirley). (Entered: 10/12/2007) |
| | | |

| 11/06/2007 | ●87 | Probation Jurisdiction Transferred to Northern District of Illinois as to Erick Cornell Clay Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (smp) (Entered: 11/07/2007) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

**FILED
IN OPEN COURT**

OCT 0 3 1997

At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 18 U.S.C. § 844(i) |
| | ) | 21 U.S.C. § 841(a)(1)  *3:97 cr 4 GRM* |
| ERICK CORNELL CLAY, a/k/a "SLY" | ) | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## Count 1

On or about the 18th day of October, 1996, in the Northern District of Indiana,

**ERICK CORNELL CLAY,
a/k/a "SLY",**

the defendant herein, did maliciously damage and destroy, by means of fire, the building and

personal property located at 527 Haney Street, South Bend, Indiana, which building and personal

property were then being used in activities which affected interstate commerce;

All in violation of Title 18, United States Code, Section 844(i).

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK**

By_____
DEPUTY CLERK
Date_____11-9-07_____

**THE GRAND JURY FURTHER CHARGES,**

<u>**Count 2**</u>

In or around the month of September, 1997, the exact dates being unknown to the Grand

Jury, in the Northern District of Indiana,

**ERICK CORNELL CLAY,**
**a/k/a "SLY",**

defendant herein, did knowingly and intentionally distribute cocaine base (crack cocaine), a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

A TRUE BILL:

JON E. DeGUILIO
UNITED STATES ATTORNEY

By: _____
Kenneth M. Hays
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By_____
DEPUTY CLERK
Date_____ 11/7/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
- - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

v.

ERICK C. CLAY
(Name of Defendant)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After
November 1, 1987)

Cause No. 3:97CR00046(01)RM

Brian May
Defendant's Attorney

THE DEFENDANT:

**XX** was found guilty on count(s) <u>1 and 2</u> after a plea of not guilty.
    Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No(s). |
|---|---|---|---|
| 18:844(j) | Arson | 10-18-96 | 1 |
| 21:841(a)(1) and 18:2 | Distribution of Crack Cocaine, Aiding and Abetting therein. | Sept. 1997 | 2 |

Defendant is sentenced as provided on additional pages of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**XX** It is ordered that defendant shall pay to the United States a special assessment of **$200.00**, for Count(s) <u>1 and 2</u> which shall be due immediately as follows: payable to Clerk, U.S. District Court, 102 Federal Bldg., 204 S. Main St., South Bend, Indiana 46601. It is further ordered that the defendant shall notify the Clerk, of the United States District Court for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

March 18, 1998
Date of Imposition of Sentence

Robert L. Miller, Jr., Judge
United States District Court

n St.

March 18, 1998
Date

33

Defendant: ERICK C. CLAY                    Judgment
Case No.: 3:97CR00046(01)RM

## IMPRISONMENT

The defendant is hereby committed to the custody of the
United States Bureau of Prisons to be imprisoned for a term of
onehundred-thirty seven (137) months on count 1 and for a term of
onehundred-thirty seven (137) months on count 2, which shall be
served concurrently.


__ The Court makes the following recommendations to the Bureau of
Prisons:



**XX** The defendant is remanded to the custody of the U.S. Marshal.

__ The defendant shall report to the facility designated by the
Bureau of Prisons, as advised by the United States Marshal, not
later than



## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this
Judgment.


_____
United States Marshal

By_____
Deputy Marshal

2

Defendant: ERICK C. CLAY            Judgment
Case No:    3:97CR00046(01)RM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>three (3) years on count 1 and for a term of three (3) years on count 2, which shall be served concurrently.</u>

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court. If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

<u>XX</u> The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

<u>XX</u> The defendant shall not possess a firearm or destructive device.

<u>XX</u> The defendant shall not illegally possess a controlled substance, and shall submit to one drug urinalysis within 15 days after being released on supervision and at least two periodic tests thereafter.

<u>XX</u> The defendant shall pay any financial penalty that is imposed by this judgment. As long as any portion of the restitution remains unpaid, the defendant shall provide the probation office with any requested financial information, shall not incur new credit charges or open additional lines of credit without the probation officer's approval unless the defendant and the probation office have agreed on an installment schedule and the defendant is in compliance with that installment schedule, and shall notify the United States Attorney's Office of any change in residence or mailing address.

<u>XX</u> The defendant shall participate in a drug aftercare treatment program, which may include urine testing, at the probation officer's direction and discretion, under a co-payment plan under which the defendant will be held responsible for 3 percent per $100 of his net wages as determined by the probation office. If the defendant is unemployed or receiving public assistance, the defendant shall be held responsible for a co-payment of $10 per month. Payments shall be made on a per visit basis, and shall not exceed the contract price.

3

Defendant:   ERICK C. CLAY              Judgment
Case No:     3:97CR00046(01)RM

### STANDARD CONDITIONS OF SUPERVISION

While defendant is on probation or supervised release pursuant to this Judgment, the defendant shall not commit another Federal, State or local crime.  In addition:

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

4

Defendant:    ERICK C. CLAY          Judgment
Case No:      3:97CR00046(01)RM

## RESTITUTION

<u>XX</u> The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| United States District Court | $23,970.00 |

Clerk's Office
102 Robert A. Grant Federal Building
204 S. Main Street
South Bend, Indiana 46601
for disemination as follows:

to John Fulkerson, the sum of $2,135.00,
and to Joshua Fulkerson, the sum of
$1,835.00.  Pursuant to 18 U.S.C. Section 3664(j)(1),
this restitution shall be completed in full
before further payments are forwarded to
the other party entitled to restitution.

to Allstate Insurance Company, the sum of
$20,000.00.

Restitution shall be due immediately.  The defendant shall make restitution payment(s) from any wages he may earn in prison in accordance with the Bureau of Prisons' Financial Responsibility Program.  Any portion of the restitution that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision.